UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 08-20211 |
| CYNTHIA LEE FERRELL | ) | Chapter 7 |
| | ) | Honorable Bruce W. Black |
| Debtor | ) | |

TO:   Cynthia Ferrell, 146 Heathgate Road, Montgomery, Illinois  60538
<u>Via Electronic Mailing</u>
Trustee Thomas Sullivan Grochocinski, et al, 1900 Ravinia Place,
   Orland Park, Illinois  60462
Clerk of the Bankruptcy Court, 219 S. Dearborn, 7th Floor, Chicago, IL 60604

<u>NOTICE OF HEARING</u>

You are hereby notified that on the 22nd day of August, 2008 at 9:15 A.M. or as soon thereafter as Counsel may be heard we shall appear before the Honorable Judge Bruce W. Black, at 57 N. Ottawa Street, Room 201, Joliet, Illinois, for hearing on Motion to Remove, at which time you may appear if you so see fit to do so.

*C. David Ward*

C. David Ward
Attorney at Law
2756 Route 34
Oswego, Illinois  60543
(630) 585-3164

<u>PROOF OF SERVICE</u>

On the 6th day of August, 2008, C. David Ward, on oath, state that I served this Notice by mailing a copy to each person to whom it is directed and depositing the same in the U.S. Mail at Aurora, Illinois with proper postage prepaid.

*C. David Ward*

Subscribed and sworn to before
me this 6th day of August, 2008.

*[signature]*
Notary Public

"OFFICIAL SEAL"
BEVERLY S. LAFAYETTE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4/2/2009

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 08-20211 |
| CYNTHIA LEE FERRELL | ) | Chapter 7 |
| | ) | Honorable Bruce W. Black |
| Debtor | ) | |

## MOTION TO REMOVE DEBTOR

**NOW COMES** the Debtor, Cynthia Lee Ferrell, by her attorney, C. David Ward, and respectfully states as follows:

1. That C. David Ward represents the Debtor in the above-referenced bankruptcy.

2. That Debtor's counsel filed this bankruptcy on August 1, 2008 and inadvertently included Ronald Ferrell as a Debtor in this case. Ronald Ferrell is the husband of the Debtor, but is not a party to this bankruptcy.

3. That Debtor's counsel filed an Amended Petition with Cynthia Lee Ferrell as the only Debtor immediately upon realizing the mistake.

4. That the Bankruptcy Clerk's office cannot schedule a 341 Meeting of Creditors for Cynthia Lee Ferrell without an Order from this Court.

WHEREFORE, the Debtor prays that this Honorable Court allow the removal of Ronald Ferrell as a Debtor in this cause.

Respectfully submitted,

By: *C. David Ward*

C. David Ward, ESQ
2756 Route 34
Oswego, IL 60543
(630) 585-3164
Atty. No. 2938065